ISAAC H. BLANCHARD COMPANY v. ROME METALLIC BEDSTEAD COMPANY.— Motion denied. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

PATRICK McGOVERN and Others v. THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

In the Matter of JAMES FLAHERTY v. CHARLES L. CRAIG, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

METROPOLITAN TRUST COMPANY v. LONG ACRE ELECTRIC LIGHT AND POWER COMPANY, Impleaded, etc.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SAMUEL NILSEN v. AMERICAN BRIDGE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

UNITED CIGAR STORES COMPANY v. AMERICAN RAW SILK COMPANY, INC.— Motion granted; question certified. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ROBERT H. THORBURN v. DELLORA GATES, as Executrix, etc.— Motion granted; questions certified. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ROBERT H. THORBURN v. DELLORA GATES, as Executrix, etc.— Motion granted. Order to be settled on notice. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

ORESTES DE MARTINI and Others v. JOSEPH McCALDIN.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

THOMAS GILLERAN v. SPRINGFIELD, L. I., CEMETERY SOCIETY, and Two Other Cases.— Motions granted; questions certified. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

SHUR-LOC ELEVATOR COMPANY v. WILLIAM F. PURCELL and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

R. HENRY GREAVES v. AMERICAN INSTITUTE FOR SCIENTIFIC RESEARCH. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

JAMES S. BARCUS v. WADE H. COOPER and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

DONALD STEWART and Others v. BENJAMIN E. SANDALL.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.

DONALD STEWART and Others v. BENJAMIN E. SANDALL.— The affidavit which the plaintiff desires to submit and file does not cure the defects in the original papers. Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Smith, Page and Shearn, JJ.